IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: SEARCH WARRANTS, SEIZURE WARRANT AND COMPLAINT FOR | ) ) ) | |
| THE REAL PROPERTY LOCATED AT 4512 BEDFORD AVENUE, APT. 2, OMAHA, NEBRASKA INCLUDING ALL OUTBUILDINGS, GARAGES AND APPURTENANCES THERETO AND ANY VEHICLES PARKED AT THE RESIDENCE, | ) ) ) ) ) ) ) | 8:07MJ36 |
| THE REAL PROPERTY LOCATED AT 5209 CURTIS AVENUE, OMAHA, NEBRASKA INCLUDING ALL OUTBUILDINGS, GARAGES AND APPURTENANCES THERETO AND ANY VEHICLES PARKED AT THE RESIDENCE, | ) ) ) ) ) ) ) | 8:07MJ37 |
| 2002 BLUE CADILLAC DEVILLE, FOUR DOOR SEDAN, VIN 1G6KD54Y12U304446, | ) ) ) ) | 8:07MJ38 8:07MJ39 |
| JERRY ADAMS and MAURICE FAULKNER, | ) ) | 8:07MJ40 |

**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 MAR 28 PM 2: 49

OFFICE OF THE CLERK

ORDER TO SEAL SEARCH WARRANTS, SEIZURE
WARRANT APPLICATION AND AFFIDAVIT, RETURNS
AND CRIMINAL COMPLAINT

IT IS ORDERED that the Motion to Seal Search Warrants, Seizure Warrant Application and Affidavit and Return and Criminal Complaint be approved as requested.

DATED this _28th_ day of March, 2007.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge